UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81136-CIV-MARRA

DANIEL LUGO,

    Plaintiff,

v.

SOMERSET SHOPPES FLA, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned case shall be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 18th day of November, 2011.

| s/ Drew Levitt | s/ Matt Weinstein |
|---|---|
| DREW LEVITT, ESQ. | MATT WEINSTEIN, ESQ. |
| Attorney for Plaintiff | Attorney for Defendant |
| Florida Bar No. 782246 | Florida Bar No. 113320 |
| E-mail: dml2@bellsouth.net | E-mail: mattwlaw@yahoo.com |
| LEE D. SARKIN, ESQ. | 9200 South Dadeland Boulevard, Suite 400 |
| Attorney for Plaintiff | Miami, Florida 33156 |
| Florida Bar No. 962848 | Telephone (305) 670-5200 |
| E-mail: lsarkin@aol.com | Facsimile  (305) 670-5210 |
| 4700 N.W. Boca Raton Boulevard | |
| Suite 302 | |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Facsimile  (561) 994-0837 | |