UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81136-CIV-MARRA

DANIEL LUGO,

Plaintiff,

vs.

SOMERSET SHOPPES FLA, LLC,

Defendants.

_____/

## ORDER

This cause is before the Court upon the Stipulation of Dismissal without Prejudice (DE 8). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 18th day of November, 2011.

_____
KENNETH A. MARRA
United States District Judge